# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED

### CASE SUMMARY

Case Number ___ CR10 1236 ___
Defendant Number 7
U.S.A. v. MARLON PARRIS
Year of Birth ___ 1980 ___
☑ Indictment      ☐ Information
Investigative agency (FBI, DEA, etc.) DEA

**NOTE:  All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
   ☐ Petty Offense    ☐ Class B Misdemeanor
b. Date of offense DATE UNKNOWN TO 11/2/10
c. County in which first offense occurred
   L.A.
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☑ San Bernardino     ☐ Other _____
Citation of offense 21 USC 846, 841, 18 USC 2, 922G, 924
1956H

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____
_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 11/2/10
   Case Number 10-2724M
   Charging 21 USC 846

The complaint:    ☑ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☑ Yes*                ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*                ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?**   ☐ Yes      ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes                 ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes      ☑ No.
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

☑ Male        ☐ Female
☑ U.S. Citizen      ☐ Alien
Alias Name(s) P _____

_____

This defendant is charged in:    ☐ All counts
☑ Only counts: 1, 7 _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?     ☐ Yes     ☑ No
IF YES, should matter be sealed?   ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud           ☐ tax offenses
☐ environmental issues       ☐ mail/wire fraud
☑ narcotics offenses        ☐ immigration offenses
☐ violent crimes/firearms     ☐ corporate fraud
☐ Other: _____

_____

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
    in the amount of $ _____
c. PSA supervision?     ☐ Yes     ☐ No
d. Is a Fugitive         ☑ Yes     ☐ No
e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.     ☑ Yes     ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:   ☐ Yes     ☐ No
    IF YES ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes     ☐ No
    IF YES ☐ State    ☐ Federal    AND
    Name of Court: _____

Date transferred to federal custody: _____ .

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date 11/15/10 _____

_____
Signature of Assistant U.S. Attorney

ROB B. VILLEZA _____
*Print Name*