FILED
2011 APR 29 PM 1: 21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. FERRIS, MARLON DEFENDANT(S). | CASE NUMBER: CR 10-1236 R REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __4/28/2011 @ 5:00__ ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building) Yes ☒   No ☐
3. Charges under which defendant has been booked:
   __21 USC 846, 18 USC 1956__
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: __1980__
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☐ If yes, please list Officer's Name: __DUTY OFFICER__   Time: _____ AM / PM
14. Remarks (if any): _____

15. Date: __4/29/2011__   16. Name: __L. BOYD__ (Please Print)
17. Agency: __USMS__   18. Signature: _[signature]_
19. Office Phone Number: __951 276-6049__

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION