UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES -- GENERAL**

Case No.   **CR-10-1236-R**                                                      Date: JUNE 20, 2011

========================================================================
**PRESENT:   HONORABLE MANUEL L. REAL, JUDGE**

| William Horrell | Sandra Becerra | Rob Villeza |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dft listed below)                         Attorney for Defendant

1)   MARLON PARRIS                               1)   David Phillips
     X present    X custody                            X present   X appointed

_____

**PROCEEDINGS:   CHANGE OF PLEA**

Court and counsel confer re: the change of plea.

Defendant moves to change plea to count 1 of the Indictment.

Defendant is sworn.  The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a new and different plea of Guilty to count 1 of the Indictment.

The Court finds a factual and legal basis for the pleas; waivers of constitutional rights are freely, voluntarily and intelligently made.  The plea is accepted and entered.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO NOVEMBER 7, 2011 AT 1:30 P.M. FOR SENTENCING.**

                                                                                                     15 min

MINUTES FORM 6                                                   Initials of Deputy Clerk ___WH___
CRIM -- GEN