

Defendant, Marlon Parris', **Sentencing Memorandum**,
Including Exhibit I: Defendant's DD214 & Medical Records
↳(6 pages)

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES · THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. · ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, First, Middle)<br>PARRIS, MARLON GARTH ANTHONY | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY/RA | 3. SOCIAL SECURITY NUMBER<br>629 58 6945 |
| 4a. GRADE, RATE OR RANK<br>PV1 | 4b. PAY GRADE<br>E01 | 5. DATE OF BIRTH (YYYYMMDD)<br>19800127 · 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY<br>DALLAS, TEXAS | 7b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)<br>8907 E VALLEY RANCH PKWY 309<br>IRVING TEXAS 75063 | |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>0204CSBN FC | 8b. STATION WHERE SEPARATED<br>FORT CARSON, CO 80913-2965 | |
| 9. COMMAND TO WHICH TRANSFERRED<br>N/A | 10. SGLI COVERAGE [ ] NONE<br>AMOUNT: $400,000.00 | |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
63A10 K4 ABRAMS TNK SYS MNT - 5 YRS 7 MOS//
NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2001 | 08 | 22 |
| b. SEPARATION DATE THIS PERIOD | 2007 | 11 | 20 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0006 | 02 | 29 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0001 | 11 | 24 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2007 | 11 | 15 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY COMMENDATION MEDAL (3RD AWARD)//USA/USAF PRES UNIT CITATION//MERITORIOUS UNIT COMMENDATION//ARMY GOOD CONDUCT MEDAL// NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL //NON COMMISSIONED OFFICER//CONT IN BLOCK 18

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
63A - M1 ABRAMS TANK SYSTEM MAINTAINER SCHOOL/COURSE, 26 WEEKS, 2002//COMBAT LIFE SAVERS CRS, 1 WEEK, 2003//DRIVERS TRAINING COURSE, 1 WEEK, 2002//FBCB2 LDR OPNET CERT, 1 WEEK, 2006//K4--M1A2 TANK OPS & MAINT, 4 WEEKS, 2002//NOTHING FOLLOWS

15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM — YES [ ] NO [X]
15b. HIGH SCHOOL GRADUATE OR EQUIVALENT — YES [X] NO [ ]

16. DAYS ACCRUED LEAVE PAID NA

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — YES [ ] NO [X]

18. REMARKS
CONTINUOUS HONORABLE ACTIVE SERVICE: 20010822-20040909//IMMEDIATE REENLISTMENTS THIS PERIOD -- 20040910-20071120//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20010726-20010821//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20050305-20060305//SERVICE IN IRAQ 20030408-20040331//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)// /DRIVER AND MECH BADGE WITH DRIVER - TRACKED VEHICLE(S) CLASP//DRIVER AND MECHANIC BADGE WITH DRIVER - WHEELED VEHICLE(S) CLASP//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and/or to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code)
777 FAIRWAY APT 525
IRVING TEXAS 75063

19b. NEAREST RELATIVE (Name and address - include ZIP Code)
MIRANDA L PARRIS
777 FAIRWAY APT 525
IRVING TEXAS 75063

20. MEMBER REQUESTS COPY 6 BE SENT TO  TX  · DIRECTOR OF VETERANS AFFAIRS [X] YES [ ] NO

21. SIGNATURE OF MEMBER BEING SEPARATED  /s/

22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)
CAROLYN D JAMERSON, SBP COUNSELOR  /s/

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION
DISCHARGE

24. CHARACTER OF SERVICE (Include upgrades)
UNDER OTHER THAN HONORABLE CONDITIONS

28. NARRATIVE REASON FOR SEPARATION
MISCONDUCT, (SERIOUS OFFENSE)

29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)
NONE

30. MEMBER REQUESTS COPY 4 (Initials) MGP

DD FORM 214-AUTOMATED, FEB 2000 · PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC · VETERANS ADMINISTRATION - 3

Patient: **PARRIS, MARLON GARTHANTHONY**
Treatment Facility: **EVANS ACH**
Patient Status: **Outpatient**

Date: **21 Aug 2007 1110 MDT**
Clinic: **PHYSICAL THERAPY CLINIC**

Appt Type: **EST**
Provider: **LEFURGE, LANCE CHARLES**

**Reason for Appointment:** FOLLOW UP
**Appointment Comments:**
GAIL

<u>AutoCites</u> Refreshed by LEFURGE, LANCE C @ 21 Aug 2007 1110 MDT
**Problems**
• HEMORRHOIDS EXTERNAL
• HEMORRHOIDS INTERNAL
• change in the stool
• Urethritis
• ACUTE POST-TRAUMATIC STRESS DISORDER
• visit for: military services physical
• Inquiry And Counseling: Victim Of Spousal / Partner Abuse
• Inquiry And Counseling: Perpetrator Of Spousal/Partner Abuse
• MARITAL PROBLEM
• ASSESSMENT OF PATIENT CONDITION WORK STATUS
• joint pain, localized in the shoulder
• TENDONITIS ROTATOR CUFF
• visit for: ears / hearing exam
• GONOCOCCAL INFECTIONS ACUTE GONORRHEA
• legal problems or arrests
• visit for: military services physical separation

**Allergies**
• No Known Allergies

**Active Medications**
No Active Medications Found.

**SO Note** Written by LEFURGE, LANCE CHARLES @ 21 Aug 2007 1336 MDT
<u>Reason for Visit</u>
F/U physical therapy exam.
<u>History of present illness</u>
    The Patient is a 27 year old male.
        ° Encounter Background Information: The chief complaint is: RECENT EXACERBATION RT SHD PAIN x 2WKS OF INSIDIOUS ONSET- PRIOR PT NOV06-FEB07 W/ EX'S MOBS/ PHONO W/ BENEFIT/PROGRESSION-
        Pain:1-2/10 W/ ACTIVITY.
<u>Subjective</u>
CURRENTLY REPORTS DOING WELL W/ EX'S MIN SX'S AT THIS TIME - NOT ABLE TO ATTEND CLINICAL APPTS DUE TO ACAP ACTIVITIES- NO NEW QUESTIONS/ CONCERNS.
<u>Physical findings</u>
General appearance:
        ° Oriented to time, place, and person.   ° Healthy appearing.   ° In no acute distress.
<u>Objective</u>

PATIENT EDUCATION/SELF CARE: CONT HEP ACTIVITIES / SELF MANAGEMENT ACTIVITIES ~~Patient demonstrated understanding of exercises and self-care.
No barriers to learning noted.
No age specific concerns.~
Patient goals: Decreased symptoms w/ functional activities~
STG: Independent with HEP/ Therex in 2 visits- MET.
LTG: independent with self-care in 6 wks- WORKING TOWARD.~.

**Name: PARRIS, MARLON GARTHANTHONY**

| | | | |
|---|---|---|---|
| | Sex: **M** | Sponsor/SSN: | PARRIS, MARLON GARTHANTHONY/629586945 |
| FMP/SSN: **20/629586945** | Tel H: 719-290-9402 | Rank: | SERGEANT |
| DOB: **27 Jan 1980** | Tel W: 719-290-9402 | Unit: | WJAZF0FC |
| PCat: **A11.2 USA ACTIVE DUTY ENLISTED** | CS: | Outpt Rec. Rm: | WARRIOR RECORD ROOM |
| MC Status: **TRICARE PRIME (ACTIVE DUTY)** | SWS: | PCM: | |
| Insurance: No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **PARRIS, MARLON GARTHANTHONY**
Treatment Facility: **Evans ACH-Fort Carson**
Patient Status: **Outpatient**

Date: **01 May 2007 0800 MDT**
Clinic: **MEDICAL EXAMS FAX 524-4010**

Appt Type: **EST$**
Provider: **BICKFORD,DAVID J**

**Reason for Appointment:** chapter part II
**Appointment Comments:**
liw

AutoCites Refreshed by BICKFORD, DAVID J @ 01 May 2007 0826 MDT

**Problems**
- HEMORRHOIDS EXTERNAL
- HEMORRHOIDS INTERNAL
- change in the stool
- Urethritis
- ACUTE POST-TRAUMATIC STRESS DISORDER
- visit for: military services physical
- Inquiry And Counseling: Victim Of Spousal / Partner Abuse
- Inquiry And Counseling: Perpetrator Of Spousal/Partner Abuse
- MARITAL PROBLEM
- ASSESSMENT OF PATIENT CONDITION WORK STATUS
- joint pain, localized in the shoulder
- TENDONITIS ROTATOR CUFF
- Other Physical Therapy
- visit for: ears / hearing exam
- GONOCOCCAL INFECTIONS ACUTE GONORRHEA
- legal problems or arrests
- visit for: military services physical separation

**Active Family History**
No Active Family History Found.

**Allergies**
- No Known Allergies

**Active Medications**
No Active Medications Found.

A/P Written by BICKFORD, DAVID J @ 01 May 2007 0827 MDT
1. visit for: military services physical separation*(TERMINATION EXAMINATION)*

Disposition Written by BICKFORD, DAVID J @ 01 May 2007 0828 MDT
**Released w/o Limitations**
**Follow up:** as needed . - Comments: Counseled on healthy lifestyle and smoking cessation.
**Discussed:** Diagnosis with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By BICKFORD,DAVID J (Physician/Workstation, Evans ACH Ft Carson, CO) @ 01 May 2007 0828

Note Written by PRIDGEN, WILBERT T. @ 02 May 2007 1345 MDT
**(Added after encounter was signed.)**

**Name: PARRIS, MARLON GARTHANTHONY**

| | | Sex: | M | Sponsor/SSN: | PARRIS, MARLON GARTHANTHONY/629586945 |
|---|---|---|---|---|---|
| FMP/SSN: | 20/629586945 | Tel H: | 719-290-9402 | Rank: | SERGEANT |
| DOB: | 27 Jan 1980 | Tel W: | 719-290-9402 | Unit: | WJAZF0FC |
| PCat: | A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | WARRIOR RECORD ROOM |
| MC Status: | TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | |
| Insurance: | No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Patient: **PARRIS, MARLON GARTHANTHONY**
Treatment Facility: **Evans ACH-Fort Carson**
Patient Status: **Outpatient**

Date: **05 Jul 2007 1439 MDT**
Clinic: **SWS FAMILY ADVOCACY**

Appt Type: **GRP**
Provider: **TAPLIN,CATHERINE L**

**Reason for Appointment:** CODVT

**AutoCites** Refreshed by TAPLIN, CATHERINE L. @ 09 Jul 2007 0913 MDT

**Problems**
- HEMORRHOIDS EXTERNAL
- HEMORRHOIDS INTERNAL
- change in the stool
- Urethritis
- ACUTE POST-TRAUMATIC STRESS DISORDER
- visit for: military services physical
- Inquiry And Counseling: Victim Of Spousal / Partner Abuse
- Observation For Abuse / Neglect
- Inquiry And Counseling: Perpetrator Of Spousal/Partner Abuse
- MARITAL PROBLEM
- ASSESSMENT OF PATIENT CONDITION WORK STATUS
- joint pain, localized in the shoulder
- TENDONITIS ROTATOR CUFF
- Other Physical Therapy
- visit for: ears / hearing exam
- GONOCOCCAL INFECTIONS ACUTE GONORRHEA
- legal problems or arrests
- visit for: military services physical separation

**Active Family History**
No Active Family History Found.

**Allergies**
- No Known Allergies

**Active Medications**
No Active Medications Found.

**SO Note** Written by TAPLIN,CATHERINE L @ 09 Jul 2007 0913 MDT
**History of present illness**
    The Patient is a 27 year old male.
    ° Encounter Background Information: Touched base to begin the session. Reviewed last weeks session about self-concept and how we adapt to the state of our self esteem. Facilitated group discussion and interaction. Group members shared what they recognized about their personal adaption process. Confronted group members blaming behavior in the group attempting to facilitate awareness of the impact of his communincation in his past and currentrelationships, i.e. significant and work relationships. Will continue to facilitate personal and group members process.

**A/P** Written by TAPLIN, CATHERINE L. @ 09 Jul 2007 0914 MDT
1. Inquiry And Counseling: Perpetrator Of Spousal/Partner Abuse
2. legal problems or arrests
        Procedure(s):        -Psychiatric Therapy Group (Interview) x 1

**Disposition** Written by TAPLIN, CATHERINE L. @ 09 Jul 2007 0914 MDT
**Released w/o Limitations**
**Follow up:** in the SWS FAMILY ADVOCACY clinic.
**Discussed:** Alternatives with Patient who indicated understanding.
90 minutes face-to-face/floor time..

---

**Name: PARRIS, MARLON GARTHANTHONY**

| | | | | |
|---|---|---|---|---|
| | Sex: M | | Sponsor/SSN: | PARRIS, MARLON GARTHANTHONY/629586945 |
| FMP/SSN: 20/629586945 | Tel H: 719-290-9402 | | Rank: | SERGEANT |
| DOB: 27 Jan 1980 | Tel W: 719-290-9402 | | Unit: | WJAZF0FC |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | WARRIOR RECORD ROOM |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Patient: **PARRIS, MARLON GARTHANTHONY**
Treatment Facility: **21st MEDICAL GROUP**
Patient Status: **Outpatient**

Date: **04 Dec 2006 0730 MST**
Clinic: **PHYSICAL THERAPY CLINIC**

Appt Type: **PROC$**
Provider: **MIMS, CHASITY D**

**Reason for Appointment:** rehab
**Appointment Comments:**
gail

AutoCites Refreshed by MIMS, CHASITY D @ 04 Dec 2006 0753 MST
**Problems**
- HEMORRHOIDS EXTERNAL
- HEMORRHOIDS INTERNAL
- change in the stool
- Urethritis
- ACUTE POST-TRAUMATIC STRESS DISORDER
- visit for: military services physical
- Inquiry And Counseling: Victim Of Spousal / Partner Abuse
- Observation For Abuse / Neglect
- exposed to venereal disease
- MARITAL PROBLEM
- Inquiry And Counseling: Perpetrator Of Spousal/Partner Abuse
- ASSESSMENT OF PATIENT CONDITION WORK STATUS
- joint pain, localized in the shoulder
- TENDONITIS ROTATOR CUFF
- Other Physical Therapy

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| Docusate Sodium (Colace Eq.) Capsule Conventional 100mg Oral | Active | T1-4 C PO BID TO KEEP STOOLS SOFT | 4 of 5 | 13 Apr 2006 |
| NITROGLYCERIN, 0.2%, OINT/APPL., RECTAL | Active | APPLY TO ANUS QD TAKE 2 TYLENOL 30 MIN PRIOR | 1 of 1 | 13 Apr 2006 |
| HYDROCORTISONE ACETATE, 25MG, SUPP.RECT, RECTAL | Active | UNWRAP AND INSERT 1 SUP RECTALLY TID P F HEMORRHOIDS | 5 of 5 | 22 Mar 2006 |

SO Note Written by MIMS, CHASITY D @ 04 Dec 2006 0754 MST
**Reason for Visit**
Visit for: SHOULDER REHAB PROGRAM.

A/P Written by MIMS, CHASITY D @ 04 Dec 2006 0755 MST
1. Other Physical Therapy
    Procedure(s):       -PT Assessment Kinetic Training x 1
                        -Physical Therapy Neuromuscular Re-education x 1
2. joint pain, localized in the shoulder

Disposition Written by MIMS, CHASITY D @ 04 Dec 2006 0851 MST
**Released w/o Limitations**
Follow up: in the PHYSICAL THERAPY CLINIC clinic.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Name: PARRIS, MARLON GARTHANTHONY**

| | | | | |
|---|---|---|---|---|
| | Sex: M | | Sponsor/SSN: | PARRIS, MARLON GARTHANTHONY/629586945 |
| FMP/SSN: 20/629586945 | Tel H: 719-290-9402 | | Rank: | SERGEANT |
| DOB: 27 Jan 1980 | Tel W: 719-290-9402 | | Unit: | WJAZF0FC |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | WARRIOR RECORD ROOM |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **PARRIS, MARLON GARTHANTHONY**
Treatment Facility: **21st MEDICAL GROUP**
Patient Status: **Outpatient**

Date: **17 Nov 2006 0900 MST**
Clinic: **PHYSICAL THERAPY CLINIC**

Appt Type: **PROC$**
Provider: **MIMS,CHASITY D**

**Reason for Appointment:** exerc
**Appointment Comments:**
gail

AutoCites Refreshed by MIMS, CHASITY D @ 17 Nov 2006 0908 MST

**Problems**
- HEMORRHOIDS EXTERNAL
- HEMORRHOIDS INTERNAL
- change in the stool
- Urethritis
- ACUTE POST-TRAUMATIC STRESS DISORDER
- visit for: military services physical
- Inquiry And Counseling: Victim Of Spousal / Partner Abuse
- Observation For Abuse / Neglect
- exposed to venereal disease
- Inquiry And Counseling: Perpetrator Of Spousal/Partner Abuse
- MARITAL PROBLEM
- ASSESSMENT OF PATIENT CONDITION WORK STATUS
- joint pain, localized in the shoulder
- TENDONITIS ROTATOR CUFF

**Allergies**
- No Known Allergies

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| IBUPROFEN, 800MG, TABLET, ORAL | Active | T1 TAB PO TID WF PRN | NR | 14 Nov 2006 |
| Docusate Sodium (Colace Eq.) Capsule Conventional 100mg Oral | Active | T1-4 C PO BID TO KEEP STOOLS SOFT | 4 of 5 | 13 Apr 2006 |
| NITROGLYCERIN, 0.2%, OINT/APPL., RECTAL | Active | APPLY TO ANUS QD TAKE 2 TYLENOL 30 MIN PRIOR | 1 of 1 | 13 Apr 2006 |
| HYDROCORTISONE ACETATE, 25MG, SUPP.RECT, RECTAL | Active | UNWRAP AND INSERT 1 SUP RECTALLY TID P F HEMORRHOIDS | 5 of 5 | 22 Mar 2006 |

**SO Note** Written by MIMS,CHASITY D @ 17 Nov 2006 0908 MST
**Reason for Visit**
    Visit for: SHOULDER REHAB PROGRAM.

**A/P** Written by MIMS, CHASITY D @ 17 Nov 2006 0909 MST
1. Other Physical Therapy
2. joint pain, localized in the shoulder
3. TENDONITIS ROTATOR CUFF
        Procedure(s):        -PT Assessment Kinetic Training x 2

**Disposition** Written by MIMS, CHASITY D @ 17 Nov 2006 1046 MST
**Released w/o Limitations**
Follow up: in the PHYSICAL THERAPY CLINIC clinic.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

| Name: PARRIS, MARLON GARTHANTHONY | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | PARRIS, MARLON GARTHANTHONY/629586945 |
| FMP/SSN: 20/629586945 | Tel H: 719-290-9402 | Rank: | SERGEANT |
| DOB: 27 Jan 1980 | Tel W: 719-290-9402 | Unit: | WJAZF0FC |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | Outpt Rec. Rm: | WARRIOR RECORD ROOM |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | PCM: | |
| Insurance: No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505