BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KELLY LAROCQUE (Cal. Bar No. 337912)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3308
E-mail:  kelly.larocque@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-cr-01236-R-7 |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER TO UNSEAL DOCKET; DECLARATION OF KELLY LAROCQUE |
| v. | |
| MARLON PARRIS, | |
| Defendant. | |

The government hereby applies ex parte to unseal the docket in this matter.

//

//

This ex parte application is based on the attached declaration of Kelly Larocque.  Current counsel for defendant does not oppose this application.

Dated: May 9, 2025                    Respectfully submitted,

                                      BILAL A. ESSAYLI
                                      United States Attorney

                                      LINDSEY GREER DOTSON
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                       /s/
                                      KELLY LAROCQUE
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

**DECLARATION OF KELLY LAROCQUE**

I, KELLY LAROCQUE, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the instant matter involving Marlon Parris ("defendant").

2. This week, counsel to defendant contacted the government to inquire about the government's position with respect to a petition for a writ of coram nobis, which defendant intends to file in this case. I was then assigned this case and filed a notice of appearance. (See ECF No. 522.)

3. Upon accessing the docket, I learned that numerous documents are filed under seal, including the plea agreement (ECF No. 190), the presentence report, and the parties' sentencing positions. My legal assistant, on my behalf, requested these documents from the District Court's Records Department, but was told to seek a court order to access the filings.

4. Current counsel to defendant, Hannah Linkenhoker, advised me that she also does not have access to these sealed filings.

5. These documents are necessary for the government to evaluate its position with respect to defendant's anticipated petition for a writ of coram nobis and to possibly resolve the matter without litigation.

6. The justification for maintaining the case under seal no longer applies as defendant was sentenced approximately 14 years ago and has since served his sentence. The government has not identified any reasons to keep these documents under seal.

1

7. Counsel for defendant does not oppose this application to unseal the docket.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 9, 2025.

*/s/ Kelly Larocque*
KELLY LAROCQUE